[No. 23803-2-III.   Division Three.   March 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON LEE ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 03-1-00060-2, Jack Burchard, J., entered January 26, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kulik J.

[No. 25172-1-III.   Division Three.   March 27, 2007.]

*In the Matter of the Marriage of* PAMELA DENISE CLINE, *Appellant*, and JEFFREY MICHAEL CLINE, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 00-3-00201-0, James P. Hutton, J., entered March 31, 2006. *Dismissed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 25241-8-III.   Division Three.   March 27, 2007.]

*In the Matter of the Marriage of* TARA-LEI UHRICH, *Appellant*, and JAMES TREVELYN NELSON, *Respondent*.

Appeal from a judgment of the Superior Court for Asotin County, No. 05-3-00012-0, William D. Acey, J., entered May 9, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kulik, J.

[No. 24807-1-III.   Division Three.   March 29, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL HENRY SALTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-01559-0, Cameron Mitchell, J., entered December 16, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Kato, J. Pro Tem.